

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*     *main: (973) 645-2700*
*Newark, NJ 07102*               *direct: (973) 645-2709*
jacob.heric@usdoj.gov

July 8, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**   ***Nunez Paz v. Benzel,* Civ. No. 26-6247 (MCA)**
> **Confirmation of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter.  We write to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody on July 7, 2026, at approximately 2:50 p.m. Therefore, we respectfully request that the Court close this case.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc:      All counsel of record (via ECF)

Case shall be closed.
SO ORDERED

___s/Madeline Cox Arleo___
MADELINE COX ARLEO, U.S.D.J.

Date: 8/13/26